UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BAY STATE CABLE TIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDERS MANUFACTURING CO., INC.,<br><br>    Defendant. | NO. CV-11-264-LRS<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

THIS MATTER having come before the Court on the Stipulation of the parties, ECF No. 33, and the Court having reviewed the records and files herein, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice and without cost to any party. The file shall be closed in this matter.

Dated this 14th day of December, 2012.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Court

ORDER OF DISMISSAL WITHOUT PREJUDICE
Page 1